

Horizon House, Inc. [N5040]    (/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics)    7 

☰ HR & Payroll    Employees    HR    Payroll    User Access    Help

< (https://Login.paylocity.com/escher/escher_webui/EmployeeSelfService/Home/index?area=employees&view=EmployeePortal&ReturnToPortal=... [Download PayStub] [Help Page Quer...]

# Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**    ▽

☐ Select All

| | Date | Amount |
|---|---|---|
| ☐ | August 13, 2019 V185565 - Regular | $1,274.00 |
| ☑ | July 30, 2019 V184299 - Regular | $1,274.01 |
| ☐ | July 16, 2019 V183056 - Regular | $1,274.00 |
| ☐ | July 2, 2019 V181816 - Regular | $1,273.80 |
| ☐ | June 18, 2019 V180573 - Regular | $1,273.84 |
| ☐ | June 4, 2019 V179317 - Regular | $1,273.83 |
| ☐ | May 21, 2019 V178043 - Regular | $1,273.84 |
| ☐ | May 7, 2019 V176782 - Regular | $1,273.83 |
| ☐ | April 23, 2019 V175551 - Regular | $1,273.84 |
| ☐ | April 9, 2019 V174322 - Regular | $1,273.83 |
| ☐ | March 26, 2019 V173055 - Regular | $1,273.84 |
| ☐ | March 12, 2019 V171795 - Regular | $1,273.83 |
| ☐ | February 26, 2019 V170512 - Regular | $1,273.84 |
| ☐ | February 12, 2019 V169278 - Regular | $1,273.83 |
| ☐ | January 29, 2019 | $1,273.84 |

Your Check: **$1,274.01**    Taxes: **$515.65**    Deductions: **$248.80**

Your Check $1,274.01
Gross Pay $2,038.46

### Earnings Breakdown for 7/8/2019 - 7/21/2019

| Description | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | $1,223.09 |
| PLB-Paid Leave | | | | $407.70 |
| Salary | 80.00 | $25.48 | $2,038.46 | $28,946.11 |
| Totals | 80.00 | | $2,038.46 | $30,576.90 |

### Direct Deposits

| Bank | Account | Type | Amount | YTD |
|---|---|---|---|---|
| Citizens Bank | ...0809 | Checking | $1,274.01 | $19,107.84 |
| Totals | | | $1,274.01 | $19,107.84 |

**Time Off**

PLBFT
**110.00 hours**
16.00 hours

Case 19-14919-jkf    Doc 15    Filed 09/20/19    Entered 09/20/19 16:47:23    Desc Main
Document    Page 3 of 7

Horizon House, Inc. [N5040]    (/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics)    7

HR & Payroll    Employees    HR    Payroll    User Access    Help

< (https://Login.paylocity.com/escher/escher_webui//EmployeeSelfService/Home/Index?area=employees&view=EmployeePortal&ReturnToRentalPaylogyeQuer

## Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**

☐ Select All

| ☐ | August 13, 2019 V185565 - Regular | $1,274.00 |
| ☑ | July 30, 2019 V184299 - Regular | $1,274.01 |
| ☑ | July 16, 2019 V183056 - Regular | $1,274.00 |
| ☐ | July 2, 2019 V181816 - Regular | $1,273.80 |
| ☐ | June 18, 2019 V180573 - Regular | $1,273.84 |
| ☐ | June 4, 2019 V179317 - Regular | $1,273.83 |
| ☐ | May 21, 2019 V178043 - Regular | $1,273.84 |
| ☐ | May 7, 2019 V176782 - Regular | $1,273.83 |
| ☐ | April 23, 2019 V175551 - Regular | $1,273.84 |
| ☐ | April 9, 2019 V174322 - Regular | $1,273.83 |
| ☐ | March 26, 2019 V173055 - Regular | $1,273.84 |
| ☐ | March 12, 2019 V171795 - Regular | $1,273.83 |
| ☐ | February 26, 2019 V170512 - Regular | $1,273.84 |
| ☐ | February 12, 2019 V169278 - Regular | $1,273.83 |
| ☐ | January 29, 2019 | $1,273.84 |

Your Check
**$1,274.00**

Taxes
**$515.66**

Deductions
**$248.80**

Taxes
$515.66

Gross Pay
$2,038.46

### Taxes Breakdown for 6/24/2019 - 7/7/2019

| Description | Taxable | Amount | YTD |
|---|---|---|---|
| FITW | $2,018.08 | $217.00 | $3,038.00 |
| MED | $2,038.46 | $29.56 | $413.84 |
| PA | $2,038.46 | $62.58 | $876.12 |
| PA-PHI1 | $2,038.46 | $78.91 | $1,107.34 |
| PASUI-E | $2,038.46 | $1.22 | $17.12 |
| SS | $2,038.46 | $126.39 | $1,769.38 |
| **Totals** | | **$515.66** | **$7,221.80** |

### Employer Paid Taxes

| Description | Amount | YTD |
|---|---|---|
| MED-R | $29.56 | $413.84 |
| PASUI | $0.00 | $0.00 |
| SS-R | $126.38 | $1,769.32 |
| **Totals** | **$155.94** | **$2,183.16** |

Horizon House, Inc. [N5040]    (/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics)    7

☰ HR & Payroll    Employees    HR    Payroll    User Access    Help

< (https://Login.paylocity.com/escher/escher_webui//EmployeeSelfService/Home/Index?area=employees&view=EmployeePortal&Return[DownloadPayStub]Quer

# Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**

☐ Select All

| Date | Amount |
|---|---|
| ☐ August 13, 2019 V185565 - Regular | $1,274.00 |
| ☐ July 30, 2019 V184299 - Regular | $1,274.01 |
| ☐ July 16, 2019 V183056 - Regular | $1,274.00 |
| ☑ July 2, 2019 V181816 - Regular | $1,273.80 |
| ☐ June 18, 2019 V180573 - Regular | $1,273.84 |
| ☐ June 4, 2019 V179317 - Regular | $1,273.83 |
| ☐ May 21, 2019 V178043 - Regular | $1,273.84 |
| ☐ May 7, 2019 V176782 - Regular | $1,273.83 |
| ☐ April 23, 2019 V175551 - Regular | $1,273.84 |
| ☐ April 9, 2019 V174322 - Regular | $1,273.83 |
| ☐ March 26, 2019 V173055 - Regular | $1,273.84 |
| ☐ March 12, 2019 V171795 - Regular | $1,273.83 |
| ☐ February 26, 2019 V170512 - Regular | $1,273.84 |
| ☐ February 12, 2019 V169278 - Regular | $1,273.83 |
| ☐ January 29, 2019 | $1,273.84 |

Your Check: **$1,273.80**    Taxes: **$515.89**    Deductions: **$248.77**

Taxes: $515.89
Gross Pay: $2,038.46

### Taxes Breakdown for 6/10/2019 - 6/23/2019

| Description | Taxable | Amount | YTD |
|---|---|---|---|
| FITW | $2,018.08 | $217.00 | $2,821.00 |
| MED | $2,038.46 | $29.56 | $384.28 |
| PA | $2,038.46 | $62.58 | $813.54 |
| PA-PHI1 | $2,038.46 | $79.11 | $1,028.43 |
| PASUI-E | $2,038.46 | $1.26 | $15.90 |
| SS | $2,038.46 | $126.38 | $1,642.99 |
| Totals | | $515.89 | $6,706.14 |

### Employer Paid Taxes

| Description | Amount | YTD |
|---|---|---|
| MED-R | $29.56 | $384.28 |
| PASUI | $0.00 | $0.00 |
| SS-R | $126.38 | $1,642.94 |
| Totals | $155.94 | $2,027.22 |

https://login.paylocity.com/Escher/Escher_WebUI/EmployeeInformation/PayHistory/Inde...    8/15/2019

Horizon House, Inc. [N5040]  (/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics)  7

≡ HR & Payroll    Employees    HR    Payroll    User Access    Help

< (https://Login.paylocity.com/escher/escher_webui/EmployeeSelfService/Home/Index?area=employees&view=EmployeePortal&ReturnToPortal&HelpPageQuer

## Pay

[Checks (/Es...]  [Tax Forms (...]

**YTD 2019**

☐ Select All

| | Date | Amount |
|---|---|---|
| ☐ | August 13, 2019 V185565 - Regular | $1,274.00 |
| ☐ | July 30, 2019 V184299 - Regular | $1,274.01 |
| ☐ | July 16, 2019 V183056 - Regular | $1,274.00 |
| ☐ | July 2, 2019 V181816 - Regular | $1,273.80 |
| ☑ | June 18, 2019 V180573 - Regular | $1,273.84 |
| ☐ | June 4, 2019 V179317 - Regular | $1,273.83 |
| ☐ | May 21, 2019 V178043 - Regular | $1,273.84 |
| ☐ | May 7, 2019 V176782 - Regular | $1,273.83 |
| ☐ | April 23, 2019 V175551 - Regular | $1,273.84 |
| ☐ | April 9, 2019 V174322 - Regular | $1,273.83 |
| ☐ | March 26, 2019 V173055 - Regular | $1,273.84 |
| ☐ | March 12, 2019 V171795 - Regular | $1,273.83 |
| ☐ | February 26, 2019 V170512 - Regular | $1,273.84 |
| ☐ | February 12, 2019 V169278 - Regular | $1,273.83 |
| ☐ | January 29, 2019 | $1,273.84 |

| Your Check | Taxes | Deductions |
|---|---|---|
| **$1,273.84** | **$515.85** | **$248.77** |

Taxes  $515.85
Gross Pay  $2,038.46

### Taxes Breakdown for 5/27/2019 - 6/9/2019

| Description | Taxable | Amount | YTD |
|---|---|---|---|
| FITW | $2,018.08 | $217.00 | $2,604.00 |
| MED | $2,038.46 | $29.56 | $354.72 |
| PA | $2,038.46 | $62.58 | $750.96 |
| PA-PHI1 | $2,038.46 | $79.11 | $949.32 |
| PASUI-E | $2,038.46 | $1.22 | $14.64 |
| SS | $2,038.46 | $126.38 | $1,516.61 |
| **Totals** | | **$515.85** | **$6,190.25** |

### Employer Paid Taxes

| Description | Amount | YTD |
|---|---|---|
| MED-R | $29.56 | $354.72 |
| PASUI | $0.00 | $0.00 |
| SS-R | $126.38 | $1,516.56 |
| **Totals** | **$155.94** | **$1,871.28** |

Horizon House, Inc. [N5040]

(/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics)  7

≡ HR & Payroll   Employees   HR   Payroll   User Access   Help

< (https://Login.paylocity.com/escher/escher_webui/EmployeeSelfService/Home/Index?area=employees&view=EmployeePortal&Return...)

## Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**

☐ Select All

| | | |
|---|---|---|
| ☐ | August 13, 2019  V185565 - Regular | $1,274.00 |
| ☐ | July 30, 2019  V184299 - Regular | $1,274.01 |
| ☐ | July 16, 2019  V183056 - Regular | $1,274.00 |
| ☐ | July 2, 2019  V181816 - Regular | $1,273.80 |
| ☐ | June 18, 2019  V180573 - Regular | $1,273.84 |
| ☑ | June 4, 2019  V179317 - Regular | $1,273.83 |
| ☐ | May 21, 2019  V178043 - Regular | $1,273.84 |
| ☐ | May 7, 2019  V176782 - Regular | $1,273.83 |
| ☐ | April 23, 2019  V175551 - Regular | $1,273.84 |
| ☐ | April 9, 2019  V174322 - Regular | $1,273.83 |
| ☐ | March 26, 2019  V173055 - Regular | $1,273.84 |
| ☐ | March 12, 2019  V171795 - Regular | $1,273.83 |
| ☐ | February 26, 2019  V170512 - Regular | $1,273.84 |
| ☐ | February 12, 2019  V169278 - Regular | $1,273.83 |
| ☐ | January 29, 2019 | $1,273.84 |

| Your Check | Taxes | Deductions |
|---|---|---|
| $1,273.83 | $515.86 | $248.77 |

Taxes  $515.86
Gross Pay  $2,038.46

### Taxes Breakdown for 5/13/2019 - 5/26/2019

| Description | Taxable | Amount | YTD |
|---|---|---|---|
| FITW | $2,018.08 | $217.00 | $2,387.00 |
| MED | $2,038.46 | $29.56 | $325.16 |
| PA | $2,038.46 | $62.58 | $688.38 |
| PA-PHI1 | $2,038.46 | $79.11 | $870.21 |
| PASUI-E | $2,038.46 | $1.22 | $13.42 |
| SS | $2,038.46 | $126.39 | $1,390.23 |
| Totals | | $515.86 | $5,674.40 |

### Employer Paid Taxes

| Description | Amount | YTD |
|---|---|---|
| MED-R | $29.56 | $325.16 |
| PASUI | $0.00 | $0.00 |
| SS-R | $126.38 | $1,390.18 |
| Totals | $155.94 | $1,715.34 |

Horizon House, Inc. [N5040]

≡ HR & Payroll        Employees    HR    Payroll    User Access    Help

