UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| GEORGE MAY, JR. | Bankruptcy No.19-14919-JKF |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 26th day of December, 2019, by first class mail upon

those listed below:

GEORGE MAY, JR.
8022 LINDBERGH BLVD
PHILADELPHIA, PA  19153

**Electronically via CM/ECF System Only:**

GEORGETTE MILLER ESQ
GEORGETTE MILLER & ASSOCIATES
335 EVESHAM AVENUE
LAWNSIDE, NJ  08045

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee