

Paylocity | HR & Payroll — Page 1 of 1

Horizon House, Inc. (N5040)

(/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics) 7

≡ HR & Payroll    Employees    HR    Payroll    User Access    Help

< (https://Login.paylocity.com/escher/escher_webui/EmployeeSelfService/Home/index?area=employees&view=EmployeePortal&Return

Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**

☐ Select All

☑ August 13, 2019    $1,274.00
   V185565 - Regular

☐ July 30, 2019    $1,274.01
   V184299 - Regular

☐ July 16, 2019    $1,274.00
   V183056 - Regular

☐ July 2, 2019    $1,273.80
   V181816 - Regular

☐ June 18, 2019    $1,273.84
   V180573 - Regular

☐ June 4, 2019    $1,273.83
   V179317 - Regular

☐ May 21, 2019    $1,273.84
   V178043 - Regular

☐ May 7, 2019    $1,273.83
   V176782 - Regular

☐ April 23, 2019    $1,273.84
   V175551 - Regular

☐ April 9, 2019    $1,273.83
   V174322 - Regular

☐ March 26, 2019    $1,273.84
   V173055 - Regular

☐ March 12, 2019    $1,273.83
   V171795 - Regular

☐ February 26, 2019    $1,273.84
   V170512 - Regular

☐ February 12, 2019    $1,273.83
   V169278 - Regular

☐ January 29, 2019    $1,273.84

Your Check
**$1,274.00**

Taxes
**$515.66**

Deductions
**$248.80**

Your Check
$1,274.00

Gross Pay
$2,038.46

**Earnings Breakdown for 7/22/2019 - 8/4/2019**

| Description | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | $1,223.09 |
| PLB-Paid Leave | 8.00 | $25.48 | $203.85 | $611.55 |
| Salary | 72.00 | $25.48 | $1,834.61 | $30,780.72 |
| Totals | 80.00 | | $2,038.46 | $32,615.36 |

**Direct Deposits**

| Bank | Account | Type | Amount | YTD |
|---|---|---|---|---|
| Citizens Bank | ...0809 | Checking | $1,274.00 | $20,381.84 |
| Totals | | | $1,274.00 | $20,381.84 |

**Time Off**

PLBFT
**108.00 hours**
24.00 hours

https://login.paylocity.com/Escher/Escher_WebUI/EmployeeInformation/PayHistory/Inde...    8/15/2019



Horizon House, Inc. [N5040]    (/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics)    7

☰ HR & Payroll    Employees    HR    Payroll    User Access    Help

< (https://Login.paylocity.com/escher/escher_webui/EmployeeSelfService/Home/Index?area=employees&view=EmployeePortal&ReturnToPortal=AhistoryPageQuer

## Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**

☐ Select All

| | | |
|---|---|---|
| ☐ | August 13, 2019 V185565 - Regular | $1,274.00 |
| ☐ | July 30, 2019 V184299 - Regular | $1,274.01 |
| ☑ | July 16, 2019 V183056 - Regular | $1,274.00 |
| ☐ | July 2, 2019 V181816 - Regular | $1,273.80 |
| ☐ | June 18, 2019 V180573 - Regular | $1,273.84 |
| ☐ | June 4, 2019 V179317 - Regular | $1,273.83 |
| ☐ | May 21, 2019 V178043 - Regular | $1,273.84 |
| ☐ | May 7, 2019 V176782 - Regular | $1,273.83 |
| ☐ | April 23, 2019 V175551 - Regular | $1,273.84 |
| ☐ | April 9, 2019 V174322 - Regular | $1,273.83 |
| ☐ | March 26, 2019 V173055 - Regular | $1,273.84 |
| ☐ | March 12, 2019 V171795 - Regular | $1,273.83 |
| ☐ | February 26, 2019 V170512 - Regular | $1,273.84 |
| ☐ | February 12, 2019 V169278 - Regular | $1,273.83 |
| ☐ | January 29, 2019 | $1,273.84 |

Your Check  **$1,274.00**

Taxes  **$515.66**

Deductions  **$248.80**

Taxes  $515.66
Gross Pay  $2,038.46

### Taxes Breakdown for 6/24/2019 - 7/7/2019

| Description | Taxable | Amount | YTD |
|---|---:|---:|---:|
| FITW | $2,018.08 | $217.00 | $3,038.00 |
| MED | $2,038.46 | $29.56 | $413.84 |
| PA | $2,038.46 | $62.58 | $876.12 |
| PA-PHI1 | $2,038.46 | $78.91 | $1,107.34 |
| PASUI-E | $2,038.46 | $1.22 | $17.12 |
| SS | $2,038.46 | $126.39 | $1,769.38 |
| **Totals** | | **$515.66** | **$7,221.80** |

### Employer Paid Taxes

| Description | Amount | YTD |
|---|---:|---:|
| MED-R | $29.56 | $413.84 |
| PASUI | $0.00 | $0.00 |
| SS-R | $126.38 | $1,769.32 |
| **Totals** | **$155.94** | **$2,183.16** |

Paylocity | HR & Payroll — Page 1 of 1



Horizon House, Inc. [N5040]  (/Escher/Escher_WebUI/views/employees/empDemographics.aspx?uniquecode=empDemographics&area=employees&view=empDemographics)  7 

≡ HR & Payroll    Employees    HR    Payroll    User Access    Help

< (https://Login.paylocity.com/escher/escher_webui/EmployeeSelfService/Home/Index?area=employees&view=EmployeePortal&ReturnToPortal=AlertsUsageQuer

# Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**

☐ Select All

| | | |
|---|---|---|
| ☐ | August 13, 2019 V185565 - Regular | $1,274.00 |
| ☐ | July 30, 2019 V184299 - Regular | $1,274.01 |
| ☐ | July 16, 2019 V183056 - Regular | $1,274.00 |
| ☐ | July 2, 2019 V181816 - Regular | $1,273.80 |
| ☑ | June 18, 2019 V180573 - Regular | $1,273.84 |
| ☐ | June 4, 2019 V179317 - Regular | $1,273.83 |
| ☐ | May 21, 2019 V178043 - Regular | $1,273.84 |
| ☐ | May 7, 2019 V176782 - Regular | $1,273.83 |
| ☐ | April 23, 2019 V175551 - Regular | $1,273.84 |
| ☐ | April 9, 2019 V174322 - Regular | $1,273.83 |
| ☐ | March 26, 2019 V173055 - Regular | $1,273.84 |
| ☐ | March 12, 2019 V171795 - Regular | $1,273.83 |
| ☐ | February 26, 2019 V170512 - Regular | $1,273.84 |
| ☐ | February 12, 2019 V169278 - Regular | $1,273.83 |
| ☐ | January 29, 2019 | $1,273.84 |

| Your Check | Taxes | Deductions |
|---|---|---|
| $1,273.84 | **$515.85** | $248.77 |

Taxes $515.85
Gross Pay $2,038.46

### Taxes Breakdown for 5/27/2019 - 6/9/2019

| Description | Taxable | Amount | YTD |
|---|---:|---:|---:|
| FITW | $2,018.08 | $217.00 | $2,604.00 |
| MED | $2,038.46 | $29.56 | $354.72 |
| PA | $2,038.46 | $62.58 | $750.96 |
| PA-PHI1 | $2,038.46 | $79.11 | $949.32 |
| PASUI-E | $2,038.46 | $1.22 | $14.64 |
| SS | $2,038.46 | $126.38 | $1,516.61 |
| **Totals** | | **$515.85** | **$6,190.25** |

### Employer Paid Taxes

| Description | Amount | YTD |
|---|---:|---:|
| MED-R | $29.56 | $354.72 |
| PASUI | $0.00 | $0.00 |
| SS-R | $126.38 | $1,516.56 |
| **Totals** | **$155.94** | **$1,871.28** |

Paylocity | HR & Payroll — Page 1 of 1



Horizon House, Inc. [N5040]

HR & Payroll | Employees | HR | Payroll | User Access | Help

## Pay

| Checks (/Es... | Tax Forms (... |

**YTD 2019**

☐ Select All

| ☐ August 13, 2019 V185565 - Regular | $1,274.00 |
| ☐ July 30, 2019 V184299 - Regular | $1,274.01 |
| ☐ July 16, 2019 V183056 - Regular | $1,274.00 |
| ☐ July 2, 2019 V181816 - Regular | $1,273.80 |
| ☐ June 18, 2019 V180573 - Regular | $1,273.84 |
| ☑ June 4, 2019 V179317 - Regular | $1,273.83 |
| ☐ May 21, 2019 V178043 - Regular | $1,273.84 |
| ☐ May 7, 2019 V176782 - Regular | $1,273.83 |
| ☐ April 23, 2019 V175551 - Regular | $1,273.84 |
| ☐ April 9, 2019 V174322 - Regular | $1,273.83 |
| ☐ March 26, 2019 V173055 - Regular | $1,273.84 |
| ☐ March 12, 2019 V171795 - Regular | $1,273.83 |
| ☐ February 26, 2019 V170512 - Regular | $1,273.84 |
| ☐ February 12, 2019 V169278 - Regular | $1,273.83 |
| ☐ January 29, 2019 | $1,273.84 |

**Your Check**: $1,273.83  **Taxes**: $515.86  **Deductions**: $248.77

Taxes $515.86
Gross Pay $2,038.46

### Taxes Breakdown for 5/13/2019 - 5/26/2019

| Description | Taxable | Amount | YTD |
|---|---|---|---|
| FITW | $2,018.08 | $217.00 | $2,387.00 |
| MED | $2,038.46 | $29.56 | $325.16 |
| PA | $2,038.46 | $62.58 | $688.38 |
| PA-PHI1 | $2,038.46 | $79.11 | $870.21 |
| PASUI-E | $2,038.46 | $1.22 | $13.42 |
| SS | $2,038.46 | $126.39 | $1,390.23 |
| Totals | | $515.86 | $5,674.40 |

### Employer Paid Taxes

| Description | Amount | YTD |
|---|---|---|
| MED-R | $29.56 | $325.16 |
| PASUI | $0.00 | $0.00 |
| SS-R | $126.38 | $1,390.18 |
| Totals | $155.94 | $1,715.34 |

https://login.paylocity.com/Escher/Escher_WebUI/EmployeeInformation/PayHistory/Inde... 8/15/2019











