UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    GEORGE MAY, JR.                  : Chapter 13
                                                :
    Debtor(s)                        : Bankruptcy No.  19-14919JKF

## ORDER

AND NOW, it is ORDERED that the January 29, 2020 Order dismissing the case is hereby VACATED.

BY THE COURT

*[signature]*

_____

Jean K. FitzSimon, B. J.

**Date: February 26, 2020**