```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                         Case No. 19-14919-jkf
George May, Jr.                                                Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: pdf900           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +George May, Jr.,    8022 Lindbergh Blvd,    Philadelphia, PA 19153-1601
14381230       +Commonwealth of Pennsylvania, Department of Revenu,    C/O DENISE A. KUHN,
                 Office of Attorney General,    1600 Arch Street, 3rd floor,    Philadelphia, PA 19103-2016
14373113       +Deutsche Bank National Trust,    Company,   c/o Rebecca A. Solarz Esquire,    KML Law Group P.C.,
                 701 Market Street ste 5000,    Philadelphia Pa 19106-1541
14368641       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14368642       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14368643       +I C System,    Po Box 64378,   Saint Paul, MN 55164-0378
14368644       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
14368647       +PGW,   800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
14386097       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
14368648       +Pheaa,   Po Box 61047,    Harrisburg, PA 17106-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:12
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA   17128-0946
14368639       +E-mail/Text: ally@ebn.phinsolutions.com Feb 27 2020 03:27:54      Ally Financial,
                 P.o. Box 380901,   Bloomington, MN 55438-0901
14461195       +E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:44
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14368640       +E-mail/Text: bankruptcy@consumerportfolio.com Feb 27 2020 03:28:34      Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
14404895        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:29:01
                 Deutsche Bank National Trust Company, ET AL.,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14368645       +E-mail/PDF: cbp@onemainfinancial.com Feb 27 2020 03:26:32      Onemain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
14368646       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 27 2020 03:28:04      Peco,    PO Box 13439,
                 Philadelphia, PA 19101-3439
14377262       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14368649       +E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:29:01      Select Portfolio Svcin,
                 Po Box 65250,   Salt Lake City, UT 84165-0250
14368650       +E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:43      Water Revenue Bureau,
                 1401 JFK Boulevard,    Philadelphia, PA 19102-1663
14434203       +E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:44      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14372813        Deutsche Bank National Trust Company, as Trustee,
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: Stacey                    Page 2 of 2                    Date Rcvd: Feb 26, 2020
                                  Form ID: pdf900                 Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              GEORGETTE   MILLER    on behalf of Debtor George   May, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| GEORGE MAY, JR. | : Chapter 13 |
| | : |
| Debtor(s) | : Bankruptcy No. 19-14919JKF |

ORDER

AND NOW, it is ORDERED that the January 29, 2020 Order dismissing the case is hereby VACATED.

**Date: February 26, 2020**

BY THE COURT

_____
Jean K. FitzSimon, B. J.