**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  George May, Jr.                                    CHAPTER 13

DEBTOR(S)                                        BANKRUPTCY NO: 19-14919

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on May 30, 2020, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated:  June 19, 2020                          /s/ Georgette Miller
                                                Georgette Miller
                                                Law Offices of Georgette Miller Esq., P.C
                                                335 Evesham Avenue
                                                Lawnside, NJ 08045
                                                856-323-1100
                                                Bar I.D. 86358
                                                Attorney for Debtor(s)

{00381628;v1}