United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14919-jkf
George May, Jr.                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Jun 17, 2020
                             Form ID: pdf900        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db              +George May, Jr.,   8022 Lindbergh Blvd,   Philadelphia, PA 19153-1601
14381230        +Commonwealth of Pennsylvania, Department of Revenu,   C/O DENISE A. KUHN,
                 Office of Attorney General,   1600 Arch Street, 3rd floor,   Philadelphia, PA 19103-2016
14373113        +Deutsche Bank National Trust,   Company,   c/o Rebecca A. Solarz Esquire,   KML Law Group P.C.,
                 701 Market Street ste 5000,   Philadelphia Pa 19106-1541
14481030         Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
14368641        +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
14386642        +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14368643        +I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
14368644        +Midland Funding,   320 East Big Beaver,   Troy, MI 48083-1271
14368647        +PGW,   800 W. Montgomery Ave,   Philadelphia, PA 19122-2806
14386097        +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
14368648        +Pheaa,   Po Box 61047,   Harrisburg, PA 17106-1047


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2020 04:26:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2020 04:26:01
                 Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA  17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2020 04:27:05
                 PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
14368639        +E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2020 04:25:34     Ally Financial,
                 P.o. Box 380901,   Bloomington, MN 55438-0901
14461195        +E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:25
                 City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
14368640        +E-mail/Text: bankruptcy@consumerportfolio.com Jun 18 2020 04:26:06     Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
14404895         E-mail/Text: jennifer.chacon@spservicing.com Jun 18 2020 04:26:34
                 Deutsche Bank National Trust Company, ET AL.,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
14368645        +E-mail/PDF: cbp@onemainfinancial.com Jun 18 2020 04:27:01     Onemain Financial,   Po Box 1010,
                 Evansville, IN 47706-1010
14490817         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2020 04:28:21
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
14368646        +E-mail/Text: bankruptcygroup@peco-energy.com Jun 18 2020 04:25:43     Peco,   PO Box 13439,
                 Philadelphia, PA 19101-3439
14377262        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2020 04:26:01
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14368649        +E-mail/Text: jennifer.chacon@spservicing.com Jun 18 2020 04:26:34     Select Portfolio Svcin,
                 Po Box 65250,   Salt Lake City, UT 84165-0250
14368650        +E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:24     Water Revenue Bureau,
                 1401 JFK Boulevard,   Philadelphia, PA 19102-1663
14434203        +E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:24     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                                 TOTAL: 15


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14372813      Deutsche Bank National Trust Company, as Trustee,
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                    TOTALS: 1, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey           Page 2 of 2          Date Rcvd: Jun 17, 2020
                              Form ID: pdf900        Total Noticed: 26
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              GEORGETTE  MILLER    on behalf of Debtor George  May, Jr. mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :          Chapter 13

**GEORGE MAY**

                **Debtor(s)**          :          **Bky. No.   19-14919 -JKF**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.  Any wage orders previously entered are **VACATED**.

4.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6.  **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: June 17, 2020**

                                **JEAN K. FITZSIMON**
                                **U.S. BANKRUPTCY JUDGE**